IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DALTON GRANT MILLER | § | |
| VS. | § | CIVIL ACTION NO. 9:24cv29 |
| STATE OF TEXAS, ET AL., | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Dalton Grant Miller, an inmate confined at the Shelby County Jail, proceeding *pro se*, filed this civil rights lawsuit against the State of Texas, Kevin W. Windham, John Price, Karen Price and Jeffery Adams.  This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff previously filed a substantially identical lawsuit that has been assigned civil action number 9:24cv9.  The prior lawsuit remains pending before this court.  As a result, the above-styled lawsuit should be dismissed without prejudice as repetitious.

Recommendation

This civil rights lawsuit should be dismissed without prejudice as repetitious.

Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to timely file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within 14 days after service shall bar an aggrieved party from entitlement to *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted

by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1430 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 26th day of February, 2024.

_____
Zack Hawthorn
United States Magistrate Judge